NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY BROOKS,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2013-3033

---

Petition for review of the Merit Systems Protection Board in case no. AT0752120103-I-1

---

**ON MOTION**

---

**O R D E R**

Larry Brooks moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

LARRY BROOKS v. AIR FORCE                                        2

> FOR THE COURT
>
> /s/ Jan Horbaly
> Jan Horbaly
> Clerk

s24